UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARI ANN HAMILTON,

    Plaintiff,

v.

PUBLICIS GROUPE SHORT TERM
DISABILITY PLAN and THE HARTFORD
FINANCIAL SERVICES GROUP, INC.,

    Defendants.
    _____/

Case No. 04-74993

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [30]

This matter comes before the Court on the Magistrate Judge's August 18, 2006 Report and Recommendation [30].  Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's and Defendants' Objections, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

Plaintiff's motion for summary judgment for judgment on the administrative record [19] is GRANTED IN PART and DENIED IN PART, and Defendant's motion for summary judgment [18] is DENIED.

SO ORDERED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: September 25, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2006, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager